## United States Bankruptcy Court
## Eastern District of California

# FINAL DECREE

Case Number: 03 - 10045-A-13    CHAPTER 13

| In re: | **Donnie Gene Carnahan**<br>AKA/DBA<br>Donald Carnahan | **Cara Beth Carnahan**<br><br>Cara Cheatham<br>Cara B. Tkagut | **FILED**<br><br>6/ 2/05<br><br>**CLERK**<br>U.S. BANKRUPTCY COURT<br>EASTERN DISTRICT<br>OF CALIFORNIA<br><br>jflf |
|---|---|---|---|
| **Address:** | 414 N CLAREMONT AVE<br>FRESNO, CA 93727 | | |

| Name and Address of Case Trustee: | M. Nelson Enmark<br><br>3447 W Shaw Ave<br>Fresno, CA 93711-3204 | Telephone Number: | 559-277-3995 |
|---|---|---|---|

Office of the United States Trustee:

For cases in the Sacramento Division: 501 I Street, Room 3-200, Sacramento, CA 95814, Telephone number (916) 930-4400
For cases in the Fresno Division and Modesto Division: 1130 O Street, Suite 1110, Fresno, CA 93721, Telephone number (559) 498-7400

It appearing to the court that the Trustee in the above-entitled case has completed administration of this estate,

**IT IS ORDERED**   that the estate is hereby closed; that the Trustee is hereby discharged, that the bond of the Trustee is hereby canceled, and that the Trustee's bond is hereby released from further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

DATED: 06/02/05

FOR THE COURT
RICHARD G. HELTZEL CLERK,
U.S. BANKRUPTCY COURT
Fresno Division Office
1130 O Street, Room 2656
Fresno, CA 93721

## Certificate of Mailing

The deputy clerk whose signature appears below certifies that:

X   A copy of this final decree was mailed today to the case trustee whose name and address appear above.
OR
___ The case trustee has waived service of this order.

Dated: 6-2-05

By: _____
Deputy Clerk

**53-1**